Order on Chapter 13 Debtor's Motion – Page 1                F 3015-1.14



| In re: FIDENCIO BENITEZ MARIA CLEOTILDE BENITEZ Debtor(s). | CHAPTER 13 TRUSTEE CASE NUMBER 09-25594-DS |

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Rod Danielson
4361 Latham Street, Ste. 270
Riverside, CA 92501
OFFICE # (951) 826-8000
FAX # (951) 826-8090

☐ Attorney for
☐ Pro Se Debtor
X Chapter 13 Trustee

FOR COURT USE ONLY

FILED AUG – 9 2010
LODGED AUG 06 2010
ENTERED AUG 10 2010

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

CHAPTER 13
CASE NUMBER   09-25594-DS

In re:

FIDENCIO BENITEZ
MARIA CLEOTILDE BENITEZ

Debtor(s).

(No Hearing Required)

## ORDER DISMISSING CHAPTER 13 CASE

There being no opposition to the Chapter 13 Trustee's motion to dismiss filed on **7/15/2010**

IT IS HEREBY ORDERED that the Trustee's motion is GRANTED, and the case is dismissed, without prejudice.

Dated: AUG 0 9 2010

UNITED STATES BANKRUPTCY JUDGE
DEBORAH J. SALTZMAN